Fernanda Ezquerro
430 Nutmeg Street, Suite 100
San Diego, CA 92103
(619) -674-3250

Attorney for Irvin Hermino Ramos Ziga

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. TODD W. ROBINSON)

| UNITED STATES OF AMERICA, | ) | Case No.: 23-CR-00742-TWR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S SENTENCING** |
| v. | ) | **MEMORANDUM** |
| | ) | |
| IRVIN HERMINO RAMOS ZIGA, | ) | DATE: 1/19/24 |
| Defendant | ) | TIME: 9:30 a.m. |

## I. INTRODUCTION

IRVIN RAMOS ZIGA (hereinafter, Mr. Ramos) submits the following sentencing memorandum in support of his sentencing recommendation. Mr. Ramos respectfully requests a custodial sentence of sixty months.

## II. STATEMENT OF FACTS

The Offense Conduct section of the PSR accurately reflects the facts in this matter. Mr. Ramos takes full responsibility for his conduct and expresses remorse for the pain it has caused himself and his family.

## III. INDIVIDUAL BEFORE THE COURT

Mr. Ramos was born in Oaxaca, Mexico to Rafael Ramos Fajardo and Rosio Ziga Vazquez. Unfortunately, at three years old, Mr. Ramos lost his father to an accident in which his father hit his head on a rock and then fell into water and drowned. Shortly after the unexpected death of his father, Mr. Ramos's mother moved to Springfield, Tennessee, leaving Mr. Ramos and his sister behind in Oaxaca to be raised by their paternal grandmother. At around 11 years of age, Mr. Ramos and his sister moved to live with their mother in Springfield. However, Mr. Ramos did not like living in Springfield and returned to Oaxaca to live with his grandmother, while his sister decided to remain with their mother.

Upon returning to Oaxaca, Mr. Ramos continued his education until the tenth grade. Mr. Ramos decided to drop out to begin working as a fisherman and earn much needed income. Mr. Ramos continued working as a fisherman until being arrested for the present offense but would also do construction work on the side to supplement his income.

In 2012, when Mr. Ramos was 19 years old, he met Anna Wagner during her vacation in Mr. Ramos's village. The two began a romantic relationship and lived with each other for an extended period, eventually resulting in Ms. Wagner's pregnancy. Upon becoming pregnant, Ms. Wagner returned to her home country of Germany to give birth. After giving birth Ms. Wagner would routinely visit Mr. Ramos in Oaxaca with their son. Unfortunately, the COVID-19 pandemic made travel difficult and the last time Ms. Wagner was able to visit occurred in 2021. Mr. Ramos keeps in contact with his son and Ms. Wagner telephonically but is deeply saddened by their prolonged separation.

The facts laid out above show Mr. Ramos is a hardworking man and loving father. They also show that Mr. Ramos had a lot of complex and traumatic issues to work through

at a very young age. Mr. Ramos had to process the grief of his father's unexpected passing. Shortly after, Mr. Ramos then had to process being abandoned by his mother. Obviously, losing his father and then being left by his mother had lasting impacts on Mr. Ramos and consequentially affected his development. Given Mr. Ramos's young age these were extremely difficult circumstances for Mr. Ramos to overcome. Although Mr. Ramos was fortunate to be raised by his grandmother and develop a strong relationship with her, Mr. Ramon lacked the emotional support and connections only parents can provide. Additionally, Mr. Ramos grew up in impoverished conditions. Mr. Ramos was not afforded the material items and opportunities many are accustomed to in the U.S., like ability to finish high school instead of having to earn an income.

Luckily, before the present offense, Mr. Ramos performed well overcoming these burdens and living a law-abiding and productive life. Mr. Ramos made a good life for himself and got to experience being in a loving relationship and becoming a father. Mr. Ramos's experience with the criminal justice system has been sobering thus far. Mr. Ramos understands that his actions jeopardized everything he has worked for and overcome. Most significant, Mr. Ramos feels terrible that his actions likely damaged his future relationship with his son. The pandemic already presented obstacles to Mr. Ramos's relationship with his child, but that pales in comparison to the obstacles present due to his incarceration.

Mr. Ramos genuinely regrets and is sorry for his actions. He realizes the wrongfulness of his conduct and the danger that narcotics pose to society at large. Mr. Ramos has proven his remorse and his desire to rebuild by accepting the plea agreement made by the prosecution. Mr. Ramos has no intention to unnecessarily drag this matter along and only wants to atone for his actions and put this matter behind him as soon as possible.

### IV. NATURE AND CIRCUMSTANCES OF THE OFFENSE

For the reasons set forth below, Mr. Ramos requests that the court allow for a downward departure and a resulting sentence of sixty months.

Mr. Ramos's involvement in this offense resulted from many factors including: a traumatic childhood, lack of education, and his surrounding environment. Mr. Ramos's childhood caused him trauma that in all likelihood significantly affected his development and thought processes. Not only did Mr. Ramos have to process grief at a young age but, aside from his grandmother, he completely lacked parental guidance during his formative years.

Mr. Ramos's lack of a support structure also led to his lack of education. Mr. Ramos left school to start earning income.  Not continuing past the tenth grade stripped Mr. Ramos of valuable experiences and insights. It also had the effect of significantly limiting Mr. Ramos's earning capacity. Mr. Ramos's humble income and lack of upward mobility made him especially vulnerable to the temptations of criminal enterprises.

Mr. Ramos's surrounding environment eventually got the better of Mr. Ramos's vulnerability and resulted in the current offense. It is no secret that Mr. Ramos resided in an area where drug trafficking is extremely common place. Given its widespread nature and quick profits, drug trafficking is a very tempting enterprise for people like Mr. Ramos. Against Mr. Ramos's better judgment, he finally gave in to the temptation and involved himself in the present offense.

Mr. Ramos asks the court to consider the above factors and his personal participation in the offense. Notably, Mr. Ramos failed to have a position of significant control in the drug trafficking operation. Mr. Ramos did not drive the boat that transported the cocaine and was not the captain of the ship. It is also obvious from the facts that Mr. Ramos does not have a position of authority in the drug trafficking enterprise in general. Mr. Ramos merely acted as a disposal employee of powerful and ruthless drug kingpins. These people prey on people exactly like Mr. Ramos who lack an adequate income and are desperate for a better life. Thankfully, this experience brought this realization to Mr. Ramos and he now understands that criminal activity will never result in better circumstances for himself, those he loves, and the community at large. For those reasons Mr. Ramos respectfully request a departure for minor role.

A. *Imposition of a Sentence That Is Sufficient, But Not Greater Than Necessary*

The requested sentence is more than sufficient considering Mr. Ramos's background, lack of criminal history, family, acceptance of responsibility and remorse.

B. *Advisory Sentencing Guideline Calculation*

Mr. Ramos agrees with the offense level computation as indicated in the plea agreement:

Base Offense Level: ……………………………38

Acceptance of Responsibility: ………………… -3

Departure for Fast Track: ……………………… -3

Safety Valve:…………………………………-.2

C. *Factors Diminishing Risk of Recidivism*

This offense marks Mr. Ramos's introduction to the criminal justice system. Before the offense, Mr. Ramos displayed a hardworking and law-abiding character. Mr. Ramos's experience thus far has already taught him that criminal activity does not pay off. It pains Mr. Ramos knowing that all of his previous hard work was essentially erased when he agreed to participate in this criminal activity. Mr. Ramos must now serve significant time in a federal prison, be separated from his family, and not be able to provide for his child. These severe consequences are more than enough to place Mr. Ramos back on the law-abiding path he followed before committing the present offense.

///

///

///

///

///

///

///

///

## IV. CONCLUSION

For these reasons, Mr. Ramos respectfully requests that the Court sentence him to a custodial sentence of sixty months.

DATE: January 12, 2024                    Respectfully submitted,


\_\_\_\_s/Ezquerro_____
FERNANDA EZQUERRO
Attorney for Defendant
IRVIN RAMOS ZIGA



I HAVE ELECTRONICALLY NOTIFIED
ALL PARTIES AS TO THE FILING OF
THIS DOCUMENT

_____s/Ezquerro\_\_\_
Fernanda Ezquerro

 

# Canteen Correctional Services

## Certificate of Accomplishment

*Presented to*

# Irvin Ramos Ziga

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on*     *November 21, 2023*



*S. Villanueva*

*Instructor*

*J. Moreno*

*District Manager*

 **Canteen Correctional Services** 

# Certificate of Accomplishment

*Presented to*

# Irvin Ramos Ziga

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on    October 30, 2023*



*A. Villareal*
**Instructor**

*F. Moreno*
**District Manager**

 

# Canteen Correctional Services

# Certificate of Accomplishment

*Presented to*

# Irvin Ramos Ziga

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on*    *August 10, 2023*



*Instructor*

*D. REYES*

*District Manager*

 

# Canteen Correctional Services

# Certificate of Accomplishment

*Presented to*

# Ramos Ziga, Irvin

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on*    *August 19, 2023*



_____
**Instructor**

*F. MORENO*
_____
**District Manager**

 

# Canteen Correctional Services

# Certificate of Accomplishment

*Presented to*

# Irvin Ramos Ziga

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on*     *September 23, 2023*



*O. Colam*

**Instructor**

*F. MORENO*

**District Manager**

 

# Canteen Correctional Services

## Certificate of Accomplishment

*Presented to*

# Irvin Ramos Ziga

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on        September 18, 2023*



*S. Villareal*
**Instructor**

*F. Moreno*
**District Manager**



# Canteen Correctional Services



# Certificate of Accomplishment

*Presented to*

# Irvin Ramos Ziga

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on    August 29, 2023*



*S. Villareal*
**Instructor**

*F. Moreno*
*District Manager*



## Canteen Correctional Services

# Certificate of Accomplishment

*Presented to*

# **Irvin Ramos Ziga**

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on*     *October 10, 2023*



*S. Villareal*
**Instructor**

*F. Moreno*
**District Manager**



# Certificate

OF COMPLETION

This certificate is proudly presented to

## IRVIN RAMOS-ZIGA

for completing

## Culinary Arts with Edwins Leadership & Restaurant Institute (Version 1)

August 4, 2023







# Certificate

### OF COMPLETION

This certificate is proudly presented to

## IRVIN RAMOS-ZIGA

for completing

## Employee Performance: Resolving Conflicts

Clock Hours: 1.50

August 6, 2023







# Certificate

### OF COMPLETION

This certificate is proudly presented to

## IRVIN RAMOS-ZIGA

for completing

## Employee Performance: Managing Difficult Employees

Clock Hours: 1.00

August 5, 2023







# Certificate

*OF COMPLETION*

This certificate is proudly presented to

## IRVIN RAMOS-ZIGA

*for completing*

## Employee Performance: Feedback

Clock Hours: 1.67

August 5, 2023







# Certificate

## OF COMPLETION

This certificate is proudly presented to

# IRVIN RAMOS-ZIGA

for completing

## Employee Performance: Conflicts

Clock Hours: 0.67

August 5, 2023







## Certificate

OF COMPLETION

This certificate is proudly presented to

# IRVIN RAMOS-ZIGA

for completing

## Employee Performance: Communication

Clock Hours: 1.00

August 5, 2023







# Certificate

## OF COMPLETION

This certificate is proudly presented to

# IRVIN RAMOS-ZIGA

for completing

## Bystander Intervention Training

Clock Hours: 0.50

August 4, 2023







# Certificate

### OF COMPLETION

This certificate is proudly presented to

## IRVIN RAMOS-ZIGA

for completing

## Business Ethics: Whistle-Blowing

Clock Hours: 0.75

August 3, 2023







# Certificate

OF COMPLETION

This certificate is proudly presented to

## IRVIN RAMOS-ZIGA

for completing

## Business Ethics: Unethical Behavior

Clock Hours: 1.00

August 3, 2023







# Certificate

## OF COMPLETION

This certificate is proudly presented to

# IRVIN RAMOS-ZIGA

for completing

## Business Communication

Clock Hours: 1.00

August 1, 2023

